UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GOOSBY, JR.,<br><br>        Plaintiff,<br><br>v.<br><br>LOS ANGELES HOUSING AUTHORITY, MS. THEDA CARONAN EMPLOYEE, MR. CLINTON THOMAS OWNER APT., MR. DOUGLAS GUTHRIE BOARD OF COMMISSIONER,<br><br>        Defendants. | No. CV 14-4260 UA (FFM)<br><br>ORDER TO SHOW CAUSE WHY REQUEST TO *PROCEED IN FORMA PAUPERIS* SHOULD NOT BE DENIED FOR FAILURE TO STATE A CLAIM |

      On June 3, 2014, plaintiff submitted a civil rights complaint, a certification and notice of interested parties, and request to proceed *in forma pauperis*. In sum, plaintiff alleges that his case worker told him that he could rent an apartment from defendant Clinton. Defendant Clinton told plaintiff that he had not spoken with the case worker and that plaintiff could not rent the apartment. Plaintiff then filed a complaint with the Department of Housing and Urban Development.

      Plaintiff contends that based on the foregoing, he has claims against the Los Angeles Housing Authority, Theda Caronan (the case worker), Clinton Thomas (the apartment owner) and Douglas Guthrie (a commissioner on the Los Angeles Housing Authority) for violations of the Americans with Disabilities Act, the Fair Housing Act,

///

and Section 1983. However, plaintiff does not allege how any of the actions of the named defendants violated any of the foregoing statutes.

Rather than simply denying the application to proceed *in forma pauperis* for failure to state a claim, the Court will provide plaintiff with an opportunity to submit an amended complaint that alleges facts establishing a violation of one or more of the foregoing statutes. Plaintiff may submit such amended complaint within 30 days of the date of this order. If plaintiff fails to submit an amended complaint that states a claim within 30 days, the Court will deny plaintiff's request to proceed *in forma pauperis.*

IT IS SO ORDERED.

DATED: June 19, 2014

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge

2